**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-20070-DPG**

**PAZ LEVY, and ERAN DANINO**

**Plaintiffs,**

**v.**

**QUINCY LUZUNARIS, and**
**KREDIT KONCEPTS FINANCIAL**
**SERVICE LLC,**

**Defendants**.
_________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Counsel's Unopposed Corrected Motion for Leave to Withdraw as Counsel for Defendants and for a Thirty-Day Stay ("Motion"). [ECF No. 32]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED**.
2. Eliyahu Ness and the law firm NESS PLLC are permitted to withdraw as Defendants' counsel of record in this action.
3. Within **thirty (30) days** of the entry of this Order, Defendants shall retain new counsel, who shall file a Notice of Appearance in this action. If Defendant Quincy Luzunaris chooses to proceed *pro se*, he shall file a written notice advising the Court that he will represent himself.
4. If Defendants fail to comply with this Order, Plaintiffs shall move for default.

5. All documents, correspondence, pleadings, motions, and other filings shall be served on Defendants at this address: 1175 Castle Hill Ave. Bronx N.Y. 10462.

6. All deadlines in this proceeding are **STAYED for thirty (30) days**.

7. Within **two (2) days** of the entry of this Order, Eliyahu Ness shall provide a copy of this Order to both Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**